No. 985, Misc. HERB *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se.* *James W. Kynes,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 1361, Misc. GEORGIA *v.* TUTTLE, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion of Congress of Racial Equality, Inc., et al. for leave to file a brief, as *amici curiae,* granted. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Eugene Cook,* Attorney General of Georgia, *Albert Sidney Johnson,* Assistant Attorney General, and *J. Robert Sparks* for petitioner. *Donald L. Hollowell* and *Jack Greenberg* for Rachel et al., respondents. *William M. Kunstler, Arthur Kinoy, Nils R. Douglas, Robert F. Collins, Carl Rachlin, Floyd B. McKissick* and *Michael J. Kunstler* for Congress of Racial Equality, Inc., et al., as *amici curiae,* in opposition.

No. 1073. LOUISIANA ET AL. *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of Louisiana. Probable jurisdiction noted. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Carroll Buck,* First Assistant Attorney General, and *Harry J. Kron, Jr.,* Assistant Attorney General, for appellants. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for the United States.

No. 1087. FREEDMAN *v.* MARYLAND. Appeal from the Court of Appeals of Maryland. Probable jurisdiction noted. *Felix J. Bilgrey, Richard C. Whiteford* and *Louis H. Pollak* for appellant. *Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for appellee.